IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| SCOTT BRELSFORD and KAREN BRELSFORD, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 05-6091-CV-SJ-DW |
| PAUL HAMBLING and CHALLENGER SPORTS CORPORATION, a Kansas Corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is the Parties' Stipulation of Dismissal with Prejudice. (Doc. 35). Parties move the Court to dismiss this case with prejudice with each party to bear their own Court costs. Pursuant to the stipulation of the parties, the Court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE. See FED. R. CIV. P. 41. The clerk of the court shall mark this case as closed.

Date: October 18, 2006

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court